Case: **2:25−cv−02831**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **8/25/2025**
Description: **Kiner v. Esurance Insurance Services, INC et al**